**Order entered September 22, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00321-CV

## MITTIE FLEMING DBA, Appellant

## V.

## SUBWAY RESTAURANT, 1309 MAIN ST, LLC AND BASCOM GROUP, LLC, Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00683**

## ORDER

Because no hearing was had in this case, as we stated in our September 4, 2014 order, we **DENY** appellant's September 17, 2014 request that (1) we order Judge Purdy-McCoy to submit her record notes" of a February 28, 2014 hearing and (2) Judge Purdy-McCoy be "sanctioned or reprimanded in some manner for her unethical conduct." We further **DENY** appellant's request that her motion for default judgment "be granted immediately" and Judge Purdy-McCoy, along with Judges Carlos Cortez, Sheryl MacFarlin, and Ken Mohlberg "forward [her] a copy of [certain] documents as proof of their jurisdiction in this case."

/s/    ELIZABETH LANG-MIERS
          JUSTICE